UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| **RICHARD PAUL GLUNK,** | : | |
| | : | Bankruptcy No. 05-31656-ELF |
| Debtor(s) | : | |
| | | |
| **DANIEL H. FLEDDERMAN** and | : | |
| **COLLEEEN M. FLEDDERMAN,** | : | |
| CoAdministrators of the Estate of Amy | : | Adversary No. 05-700 |
| Marie Fledderman, | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| **RICHARD PAUL GLUNK,** | : | |
| | : | |
| Defendant. | : | |

# O R D E R

**AND NOW,** following a pretrial conference held on June 17, 2009,

It is hereby **ORDERED** that:

1. On or before **August 28, 2009**, the parties shall file a Joint Pretrial Statement in conformity with the form set forth in ¶7 of the model pretrial order posted on the court's website at http://www.paeb.uscourts.gov/pages/frank/701.pdf.

2. A final pretrial conference will be held on **September 10, 2009** at **1:00 p.m.**

3. Trial is scheduled for **October 2, 2009 and October 5, 2009**, commencing at **9:00 a.m.** each day, in **Bankruptcy Courtroom No. 1, 900 Market Street, Philadelphia, PA**.

Date:  **June 19, 2009**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**