# TELEPHONE CONFERENCE MINUTE SHEET

Eric L. Frank
United States Bankruptcy Judge

**Date:** June 22, 2009

05-31656 ELF

**Case:** Fledderman v. Glunk, Adv. No. 05-700

**Other Participants:** Howard Gershman, Jeffrey Cianculli

_____ Recorded       \_\_X\_\_\_ Not Recorded

# DOCKET ENTRY TO STATE:

Telephone conference held regarding potential pretrial discovery on the factual issue whether there was a loan between Plaintiffs and Amy Fledderman. Next telephone conference to be held on June 29, 2009 at 3:30 p.m.