UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| RICHARD PAUL GLUNK, | : | |
| | : | Bankruptcy No. 05-31656-ELF |
| Debtor(s) | : | |
| | | |
| DANIEL H. FLEDDERMAN and | : | |
| COLLEEEN M. FLEDDERMAN, | : | |
| CoAdministrators of the Estate of Amy | : | Adversary No. 05-700 |
| Marie Fledderman, | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD PAUL GLUNK, | : | |
| | : | |
| Defendant. | : | |

# O R D E R

**AND NOW,** following a pretrial telephone conference held on June 29, 2009,

It is hereby **ORDERED** that, on or before **July 6, 2009**, the parties shall file either:

  a. a joint discovery plan through providing the Defendant with the opportunity to conduct discovery on the issue whether there was a loan transaction between Amy Fledderman and her parents in connection with the medical services provided to her by the Defendant; or

  b. separate statements setting forth their respective suggestions regarding an appropriate discovery schedule.

Date:   June 30, 2009

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE