UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br>RICHARD PAUL GLUNK<br>    Debtor | Chapter 7<br>No. 05-31656 ELF |
| DANIEL H. FLEDDERMAN and<br>COLLEEN M. FLEDDERMAN,<br>Co-Administrators of the Estate of Amy<br>Marie Fledderman,<br>    Plaintiffs<br>v.<br>RICHARD PAUL GLUNK<br>    Defendant | Adversary No. 05-700 |

**JOINT STATEMENT OF COUNSEL RE: DISCOVERY**
**RESPONSE TO A REQUEST BY THE COURT**

Counsel for Plaintiff and Defendant agree that, as to the limited issue of whether a loan existed between Amy Fledderman and her parents:

1. Neither party will require further discovery on the issue;

2. Either party may offer evidence at trial on the issue, and all substantive rights and defenses, as well as objections to evidence proffered, are reserved for trial.

| | |
|---|---|
| **GERSHMAN LAW OFFICES, PC** | **WEIR & PARTNERS, LLP** |
| /s/ Howard Gershman | /s/ Jeffrey S. Cianciulli, Esquire |
| Howard Gershman, Esquire<br>610 York Road, Suite 200<br>Jenkintown, PA 19046<br>Tel:  215.886.1120<br>Attorney for Plaintiff | Jeffrey S. Cianciulli, Esquire<br>The Widener Building, Ste. 500<br>1339 Chestnut Street<br>Philadelphia, PA 19107<br>Tel: 215.665.8181<br>Attorney for Defendant |

DATED:   July 6, 2009