UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

RICHARD PAUL GLUNK

No. 05-3165 ELF
Chapter 7

DANIEL H. FLEDDERMAN and
COLLEEN M. FLEDDERMAN,
Co-Administrators of the Estate of Amy
Marie Fledderman,
   Plaintiffs

v.

RICHARD PAUL GLUNK
   Defendant

Adversary No. 05-700

## SUPPLEMENTAL JOINT PRE-TRIAL MEMORANDUM

**VI.**   **WITNESSES** -Neither party waives any right to object to the testimony or the calling of any listed witness

FOR PLAINTIFF: (Does not include witnesses as may be needed for rebuttal or cross-examination

  Colleen Fledderman

  Daniel Fledderman

  Dr. Richard Glunk (as of Cross-Examination)\

  Ms Christy Matthews

  Samuel Paolella

  Brenden Dougherty

  Gail Dukes

Holly Raskin

Dr Charles Pappas, Plastic Surgeon

Custodian of Records of Main Line Hospitals/Main Line Health/Jefferson Health System

Custodian of Records to authenticate all records, including but not limited to any records to be introduced at trial, to the extent necessary

Custodian of Records of the First Judicial District of Pennsylvania
    (Court of Common Pleas of Philadelphia)
    All dockets, pleadings, orders, opinions, motions, verdict slips, transcripts, and all other matters and things filed and used as evidence at trial in the CP Trial

Dr. R. Barett Noone, Main Line Hospital

James Steele, PA Dept of Health

Dr. John Dombrowski, Anesthesiologist

Dr. Ian Newmark, Critical Care Specialist

Dr. Patrick Felice, Plastic Surgeon

FOR DEBTOR:    (Does not include witnesses as may be needed for rebuttal or cross-examination):

Colleen Fledderman- as of cross-examination

Daniel Fledderman – as of cross examination

Dr Richard Glunk

Melvin Pratter

Robert Mirabile

Joseph Oliva

Edward DeStefano

Kathleen Bayliss

Beth Whelan

Mark Solomon

Stefan Skalina

Douglas Reale

Thomas Rand

Nancy Roberts

Scott Goldman

Marie Van Buskirk

Lisa Barrad

Elizabeth Gennazio

James Steele


Jeffrey Hough

Kathleen Johns

Susan Legross

| **GERSHMAN LAW OFFICES, PC** | **WEIR & PARTNERS, LLP** |
|---|---|
| /s/ Howard Gershman | /s/ Jeffrey S. Cianciulli |
| Howard Gershman, Esquire<br>610 York Road, Suite 200<br>Jenkintown, PA 19046<br>Tel:   215.886.1120<br>Attorney for Plaintiff | Jeffrey S. Cianciulli, Esquire<br>The Widener Building, Ste. 500<br>1339 Chestnut Street<br>Philadelphia, PA 19107<br>Tel: 215.665.8181<br>Attorney for Defendant |

DATED:  September 14 , 2009