**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| RICHARD PAUL GLUNK, | : | |
| | : | Bankruptcy No. 05-31656-ELF |
| Debtor(s) | : | |
| DANIEL H. FLEDDERMAN and | : | |
| COLLEEEN M. FLEDDERMAN, | : | |
| CoAdministrators of the Estate of Amy | : | Adversary No.  05-700 |
| Marie Fledderman, | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD PAUL GLUNK, | : | |
| | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, upon consideration of the Plaintiffs' oral motion for leave to submit the trial testimony of Dr. Patrick Felice and Dr. John Dombrowski, by way of videoconference depositions ('the Motion"), the Defendants' objection thereto, and for the reasons stated in court on October 5, 2009,

It is hereby **ORDERED** that:

1. The Motion is **DENIED**.

2. The parties are **GRANTED** leave to present the testimony of their expert witnesses by live, in-court videoconference subject to the provisions of Paragraphs 3 and 4 below.

3. In addition to the scheduled trial dates of **November 2, 2009** and **November 20, 2009**, videoconference testimony may be scheduled on **November 3, 2009, November 10, 2009 and November 17, 2009, all between the hours of 9 a.m. and 1 p.m**.

4. If a party elects to present an expert witness' testimony by videoconference, the party shall notify the opposing party and the Courtroom Deputy of such intent and the date(s) selected for the testimony on or before **October 19, 2009**.

5. Any party presenting expert testimony, whether by videoconference or not, shall supply the opposing party with a copy of a report consistent with Fed. R. Civ. P. 7026(a)(2)(B) no later than seven (7) days prior to the date on which the witness is scheduled to testify.

Date:   October 5, 2009

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**