UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RICHARD PAUL GLUNK,<br><br>                Debtor.<br><br>DANIEL H. FLEDDERMAN and<br>COLLEEN M. FLEDDERMAN,<br>Co-Administrators of the Estate of<br>Amy Marie Fledderman,<br><br>                Plaintiffs,<br><br>    v.<br><br>RICHARD PAUL GLUNK,<br><br>                Defendant. | Chapter 7<br><br>Bky. No. 05-31656-ELF<br><br><br><br><br><br>Adv. No. 05-700 |

# ORDER

AND NOW, following trial of the above adversary proceeding, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that judgment is entered in favor of Defendant and against Plaintiffs on all claims set forth in the Amended Complaint.

Date: August 11, 2011

                                              ERIC L. FRANK
                                              U.S. BANKRUPTCY JUDGE